NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-8001

SUSAN THOMPSON,

Petitioner,

v.

DEPARTMENT OF JUSTICE,

Respondent.

On petition for review of a decision of the Bureau of Justice Assistance in PSOB claim no. 1998-0126.

Before MAYER, Circuit Judge.

## ORDER

Susan Thompson's moves for a six-day extension of time, until June 24, 2009, to file her brief.

It appears that Thompson has yet to submit her brief to the court.

Upon consideration thereof,

IT IS ORDERED THAT:

Thompson's brief is due within 21 days from the date of filing of this order. No further extensions. If Thompson's brief is not filed in such time, her petition shall be dismissed.

JUL 17 2009

_____
Date

cc:  Susan Thompson
     Lauren A. Weeman, Esq.
s19

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 17 2009

JAN HORBALY
CLERK